# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-08-00425-CV

**In the Matter of J. X. R.**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT
### NO. 3032C, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Counsel for the appellant J.X.R. has filed a letter informing the Court that his client no longer wishes to pursue this appeal and requesting the Court to dismiss the appeal. We construe counsel's letter as a motion to dismiss, grant the motion, and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed on Appellant's Motion

Filed: August 15, 2008